Certificate Number: 01401-PAE-DE-029689932

Bankruptcy Case Number: 12-15388



01401-PAE-DE-029689932

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 6, 2017</u>, at <u>8:37</u> o'clock <u>PM EDT</u>, <u>Marybeth Gutches</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 6, 2017</u>            By:    <u>/s/Jeremy Lark</u>

                                        Name:  <u>Jeremy Lark</u>

                                        Title: <u>FCC Manager</u>