United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William H. Gutches
Marybeth Gutches
    Debtors

Case No. 12-15388-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Virginia　　　Page 1 of 1　　　Date Rcvd: Sep 22, 2017
　　　　　　　　　　　　Form ID: 195　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.
db/jdb　　　+William H. Gutches,　　Marybeth Gutches,　　531 Elliott Drive,　　King of Prussia, PA 19406-1611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2017 at the address(es) listed below:
```
          ALEXANDRA T. GARCIA    on behalf of Creditor    EverBank ecfmail@mwc-law.com
          ANDREW   SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          ANN E. SWARTZ    on behalf of Creditor    EverBank ecfmail@mwc-law.com, ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    EverBank ecfmail@mwc-law.com
          GARY E. THOMPSON    on behalf of Plaintiff William H. Gutches get24esq@aol.com
          GARY E. THOMPSON    on behalf of Plaintiff Marybeth  Gutches get24esq@aol.com
          GARY E. THOMPSON    on behalf of Debtor William H. Gutches get24esq@aol.com
          GARY E. THOMPSON    on behalf of Joint Debtor Marybeth  Gutches get24esq@aol.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Citizens Automobile Finance
           jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
          JEFFREY T GROSSMAN    on behalf of Creditor    Citizens Automobile Finance
           jgrossman@grossmanfirm.com, jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
          JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ally Bank fka GMAC Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MARISA MYERS COHEN    on behalf of Creditor    EverBank mcohen@mwc-law.com
          STEVEN B. KANTROWITZ    on behalf of Creditor    Toyota Motor Credit Corporation skantro@aol.com
          STEVEN B. KANTROWITZ    on behalf of Creditor    Toyota Lease Trust skantro@aol.com
          THOMAS I. PULEO    on behalf of Creditor    Ally Bank fka GMAC Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 20
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

William H. Gutches and Marybeth Gutches              : Case No. 12–15388–elf
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , September 22, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

115
Form 195